UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTRELLA SOLIS, on behalf of the Estate of Narciso Solis and all others similarly situated )<br>Plaintiff, )<br>v. )<br> )<br>OPW FUELING COMPONENTS, LLC )<br>Defendant ) | **JUDGMENT**<br>No. 5:25-CV-562-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on Plaintiff's acceptance of defendant's Offer of Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the acceptance by plaintiff of defendant's Offer of Judgment filed on October 20, 2025, that judgment is entered against defendant in the amount of **$20,704.32** plus (i) taxable costs accrued by Plaintiff up to October 8, 2025 in the amount of **$405.00**; (ii) reasonable attorneys' fees in the amount of **$20,000.00**; and (iii) prejudgment interest in the amount of **$1,521.02.**

**This Judgment Filed and Entered on October 22, 2025, and Copies To:**
Briahna Koegel / Hannah Simmons / Matthew Marlowe / Gilda Hernandez (Via CM/ECF Notice of Electronic Filing)
David Klass / Nicholas Hulse / Sharon Suh (via CM/ECF Notice of Electronic Filing)

October 22, 2025               PETER A. MOORE, JR. CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk